Margaret Hills, appellee, v. Chicago Motor Coach Company, appellant. Gen. No. 36,191.

 Opinion filed February 7, 1934. Rehearing denied February 26, 1934.

William C. McHenry and Weber, Miller, Deffenbaugh & Donovan, for appellant; John E. Kehoe, of counsel. Church, Haft, Robertson, Crowe & Spence, for appellee; Egbert Robertson and Burt A. Crowe, of counsel.

Mr. Justice Wilson delivered the opinion of the court.

Helen Hammerstein, defendant in error, v. Walter W. Duft, plaintiff in error. Gen. No. 36,495.

 Opinion filed February 7, 1934.

Ekern & Meyers, for plaintiff in error; Luther F. Binkley and Barnabas F. Sears, of counsel. Joseph D. Ryan and Justin C. Webster, for defendant in error; Joseph D. Ryan and Louis P. Miller, of counsel.

Mr. Justice Wilson delivered the opinion of the court.

Max Bernstein and J. A. Albert for the use of Louis Portman, defendants in error, v. Newart Company, plaintiff in error. Gen. No. 36,614.

 Opinion filed February 7, 1934.

Henry H. Koven, for plaintiff in error. Isadore J. Goldman, for defendants in error.

Mr. Justice Wilson delivered the opinion of the court.